Dated: October 1, 2019
The following is ORDERED:

Judgment No. 2019-10



TOM R. CORNISH
UNITED STATES BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In Re | § § | |
| SOLOMON ALLEN GRANT, JR., | § § | Case No. 19-80008 |
| Debtor. | § § § | Chapter 7 |
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | Adversary No. 19-08010 |
| v. | § § § | |
| SOLOMON ALLEN GRANT, JR., | § § | Case No. 19-MC-11-JHP |
| Defendant. | § § | |

## AGREED JUDGMENT

This matter comes on for consideration this _____ day of _____2019, the Plaintiff, United States of America ex rel, Farm Service Agency, (FSA), appearing by Brian J. Kuester, United States Attorney, and Cheryl R. Triplett, Assistant United States Attorney, and the Defendant, Solomon Allen Grant, Jr.., represented by Ryan Assink .

1

1. On or about April 11, 2019, the plaintiff, United States of America, ex rel Farm Service Agency (FSA), filed an Adversary Complaint against Solomon Allen Grant, Jr., (hereinafter "Grant," "Mr. Grant" or "Debtor") alleging Grant sold or caused to be sold or disposed of cattle mortgaged to FSA without remitting the sale proceeds to FSA.

2. In order to avoid any further litigation, the parties have agreed to enter into this Agreed Judgment. By entering into this Agreed Judgment, the debtor does not waive any defenses he may have if criminal charges are pursued against him by the government arising from his transactions with FSA. Notwithstanding this Agreed Judgment, Williams specifically retains any and all defenses available to him by law. Furthermore, Mr. Williams is entering into this Agreed Judgment as a convenience to the parties and this agreement is not an admission of guilt or wrongdoing.

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that the debtor is indebted to the plaintiff and that judgment is hereby entered against him in the principal amount of $ **12,500.00** as a non-dischargeable debt under the provisions of Title 11 U.S.C. §523(a)(6). The debtor will remit $375.00 to the Department of Justice with the check made payable to the Farm Service Agency and send to the United States Attorney for the Eastern District of Oklahoma, 520 Denison Avenue, Muskogee, OK 74401 immediately upon the filing of the Agreed Non-Dischargeable Judgment. This is a one-time payment and is in addition to the Agreed Judgment amount of $12,500.00. The debtor will then remit subsequent monthly payments to the Department of Justice (made payable to the Department of Justice), c/o the United States Attorney for the Eastern District of Oklahoma, 520 Denison Avenue, Muskogee, OK 74401, with said payments due and payable on the 15th of each month for 30 consecutive months at 0.00% interest payable in the amount of $417.00 per month until paid in full. In the event of default, interest will be charged

on the entire judgment debt at the judgment rate at the time of default. The debtor will act in good faith in working with the United States Attorney's Office to repay the debt. The United States will be entitled to pursue the collection of this debt by any legal process available to it including, but not limited to, administrative offsets, periodic asset hearings, garnishment proceedings, etc. The debtor agrees to be cooperative during any such asset hearings. The debtor agrees that as long as there is an outstanding balance due and owing on this debt, the debtor will sign, at the United States' request, the necessary forms so the United States may obtain a copy of the debtor's federal and state tax returns with all attachments.

**IT IS ORDERED, ADJUDGED, AND DECREED** that upon entry of this Agreed Judgment, the United States has the right to file and maintain lien entry forms in relation to this debt. Upon payment in full, FSA will release any liens that may have been filed by the United States in relation to this nondischargeable judgment. Each party will bear its own costs and legal expenses of this action.

###

APPROVED:

BRIAN J. KUESTER
United States Attorney

s/ Cheryl R. Triplett                                                Date: September 25, 2019
CHERYL R. TRIPLETT OBA #15282
Assistant United States Attorney
520 Denison Ave.
Muskogee, Oklahoma 74401
(918) 684-5111
Fax (918) 684-5130
Cheryl.Triplett@usdoj.gov
Attorney for Plaintiff

s/ [signature]  
Ryan Assink, OBA #17568  
Riggs, Abney, Neal  
502 West Six Street  
Tulsa, OK 74119-1010  
(918) 587-3161  
Fax (918)587-9708  
RAssink@riggsabney.com  
Attorney for Defendant

Date: 9-25-19

s/ [signature]  
Solomon Allen Grant Jr., Debtor

Date: 9-23-2019